9/a/04
Four

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Peter St. Laurent )<br>　　　Plaintiff )<br> )<br>v. )<br> )<br> )<br>UNITED PARCEL SERVICE, INC. )<br>　　　Defendant )<br> ) | RECEIPT #_____<br>AMOUNT $ 150<br>SUMMONS ISSUED N/A<br>LOCAL RULE 4.1____<br>WAIVER FORM____<br>MCF ISSUED____<br>BY DPTY. CLK. ___<br>DATE 9/8/04 |

MAGISTRATE JUDGE _____

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant United Parcel Service Inc. ("UPS") hereby removes to this Court the above action pending in the Superior Court Department of the Trial Court, Bristol County, Massachusetts (the "Action"). UPS removes this Action by special appearance without waiving any defenses or objections.

Removal of this Action is proper for the following reasons:

1.　On or about May 20, 2004, Peter St. Laurent commenced this Action against UPS in Massachusetts Superior Court in Bristol County Massachusetts. True and accurate copies of the Summons and the Complaint are filed with this Petition in accordance with 28 U.S.C. §1446 (a) and are attached as Exhibit A.

2.　Pursuant to 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over this Action because the matter in controversy, on information and belief, exceeds the sum or value of $75,000.00 and is between citizens of different states. The damages claimed by the Plaintiff include lost wages, emotional distress and punitive damages, along with attorneys' fees and costs. The Plaintiff resides in North Attleboro Massachusetts and UPS is a corporation duly organized and existing under the laws of

the state of New York. UPS' principle place of business is not in Massachusetts. No other defendants have been named in the Plaintiff's Complaint.

3. This Petition for Removal is filed with this Court on a timely basis as required by 28 U.S.C. § 1446(b), as it is brought within thirty (30) days of the Plaintiff's service of the Complaint upon UPS.

4. Pursuant to 28 U.S.C. § 1446(d), UPS will promptly serve this Petition for Removal upon the Plaintiff and will file the Notice of this Petition for Removal with the Bristol County Superior Court in Massachusetts on a timely basis.

WHEREFORE, UPS respectfully requests that this Action be removed to this Court from the Superior Court of the Commonwealth of Massachusetts for the County of Bristol.

United Parcel Service Inc.
By its attorneys

Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: September 8, 2004