UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 OCT 28  P 4:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Peter St. Laurent<br>   Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>   Defendant | Civil Action No. 04-11951-NG |

## UNITED PARCEL SERVICE INC.'S STATEMENT IN PREPARATION FOR SCHEDULING CONFERENCE

Pursuant to Local Rule 16.1, the following is United Parcel Service Inc.'s ("UPS") statement in preparation for the Scheduling Conference in the above referenced case:

**I.  Proposed Discovery Plan**

 a. Initial disclosures due by December 2, 2004;

 b. All motions to amend or supplement shall be filed by December 15, 2004;

 c. All fact discovery shall be completed by April 1, 2005;

 d. All expert witnesses on behalf of the plaintiff shall be designated in accordance with the Federal Rules of Civil Procedure and the Local Rules by May 2, 2005;

 e. All experts who may be witnesses on behalf of UPS shall be designated by June 15, 2005;

 f. All expert depositions shall be completed by August 1, 2005; and

 g. All dispositive motions shall be filed by September 1, 2005.

## II.  Certification

Please see attached certification on behalf of UPS.

United Parcel Service Inc.
By its attorneys

*/s/ Laurie Alexander-Krom*
Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: October 28, 2004