UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 28  P 4: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

Peter St. Laurent )
        Plaintiff )
)
v. )
)
)
UNITED PARCEL SERVICE, INC. )
        Defendant )
)

Civil Action No. 04-11951-NG

## CERTIFICATION OF UNITED PARCEL SERVICE INC. IN PREPARATION FOR SCHEDULING CONFERENCE

I, Laurie Alexander-Krom, as counsel for United Parcel Service Inc., and I, Mark

Murphy, as an authorized representative of United Parcel Service Inc. hereby certify that

we have conferred with regard to both case budgeting and the use of alternative dispute

resolution programs.

_Laurie Alexander-Krom_
Laurie Alexander-Krom

_Mark Murphy_
Mark Murphy
UPS Employee Relations Manager

United Parcel Service Inc.
By its attorneys

_Laurie Alexander-Krom_
Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: October 28, 2004