UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER ST. LAURENT,
    Plaintiff

v.   CIVIL ACTION NO. 04-CV-11951-FDS

UNITED PARCEL SERVICE,
    Defendant

## STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The Plaintiff, Peter St. Laurent, state that he conferred with the Defendant, through counsel, in this matter and Mr. St. Laurent hereby submits a Statement Pursuant to Local Rule 16.1(D). While the parties agree on the dates proposed, the Defendant submitted its own Statement, and thus the Plaintiff is also submitting a statement with matching dates.

A.   Proposed Pre-Trial Schedule

| | |
|---|---|
| 1. Initial disclosures by: | December 2, 2004 |
| 2. Amendments to pleadings to add parties by: | December 15, 2004 |
| 3. Completion of written discovery and fact depositions by: | April 1, 2005 |
| 4. Plaintiff's designation of expert witnesses by: | May 2, 2005 |
| 5. Defendant's designation of expert witnesses by: | June 15, 2005 |
| 6. Expert depositions by: | August 1, 2005 |
| 7. Dispositive Motions by: | September 1, 2005 |
| 8. Final Pre-Trial Conference by: | December 1, 2005 |

B.   The parties have not yet determined whether they will consent to trial by magistrate judge.

C.   The plaintiff has presented a written settlement proposal to the defendant.

D.   The parties' certifications pursuant to Local Rule 16.1(D)(3) will be submitted.

Respectfully submitted,

The plaintiff,
By his Attorneys,

KECHES & MALLEN, P.C.

_____
SETH J. ELIN
BBO # 636099
122 Dean Street
Taunton, MA 02780
(508) 822-2000

DATED: October 28, 2004
Certif-16.1D3

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on __10/29/04__.

_____