UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER ST. LAURENT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11951 NG |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

    A.    Fact Discovery: All fact discovery shall be completed by **March 1, 2005.**

    B.    A status conference is scheduled for **Tuesday, February 15, 2005, at 10:00 A.M.** At that time, the parties shall be prepared to discuss:

        1.    the status of the case;
        2.    scheduling for the remainder of the case through trial;
        3.    the use of Alternative Dispute Resolution ("ADR"); and
        4.    consent to trial before the magistrate judge.

    C.    The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized in paragraph B above. With respect to items B(3) and B(4), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions

            / s / Judith Gail Dein
            Judith Gail Dein
DATED: November 4, 2004    United States Magistrate Judge