UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 NOV -4 P 3: 10

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETER ST. LAURENT,<br>Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-CV-11951-FDS |
| UNITED PARCEL SERVICE,<br>Defendant | )<br>)<br>) |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The plaintiff and plaintiff's counsel hereby certify that they have conferred concerning the expected costs of full litigation in this matter, as well as alternatives to full litigation, and have also conferred concerning the possibility of submitting this matter to alternative dispute resolution.

Respectfully submitted,

By the plaintiff,
Peter St. Laurent,

_____
PETER ST. LAURENT

By his Attorneys,
KECHES & MALLEN, P.C.

_____
SETH J. ELIN
BBO # 636099
122 Dean Street
Taunton, MA 02780
(508) 822-2000

DATED: November 1, 2004
Certif-16.1D3