# KECHES & MALLEN, P.C.
## ATTORNEYS AT LAW
122 Dean Street
Taunton, MA 02780
(508) 822-2000
Fax (508) 822-8022
www.keches-mallen.com

George N. Keches
Richard T. Mallen
Joseph F. Agnelli, Jr.
Brian C. Cloherty
Brian C. Dever
Judith B. Gray**
Paul S. Danahy
Charlotte E. Glinka

Kathy Jo Cook
Claudine A. Cloutier*
Karen S. Hambleton
Seth J. Elin
Matthew F. King
Ernest J. Palazzolo, Jr.
Mark D. Warcup
Daniel M. Surprenant

*Of Counsel*
Ann Marie Maguire

Gregg J. Pasquale
Melissa A. White

*Admitted in Massachusetts and Rhode Island
**Admitted in Massachusetts, Rhode Island and Connecticut

**DIRECT ALL CORRESPONDENCE TO THE TAUNTON OFFICE**

**BOSTON OFFICE**
111 Tremont Street, 6th Floor
Boston, MA 02111
(617) 426-7900

**WORCESTER OFFICE**
41 Elm Street
Worcester, MA 01609
(508) 798-7900

**FALL RIVER OFFICE**
321 North Main Street
Fall River, MA 02721
(508) 676-7900

**NEW BEDFORD OFFICE**
285 Union Street
New Bedford, MA 02740
(508) 994-7900

November 1, 2004

The Honorable Nancy Gertner
c/o Maryellen Molloy, Courtroom Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: St. Laurent v. United Parcel Service
CIVIL ACTION NO. 04-CV-11951-FDS

Dear Ms. Molloy:

I am sorry that I must respond to defense counsel's inaccurate commentary accompanying her Statement For Scheduling Conference. Please be advised that late Tuesday, October 26, 2004, defense counsel faxed to my office proposed dates for the scheduling conference. I reviewed these dates on Wednesday, October 27, 2004 and on Thursday morning, October 28, 2004, I advised defense counsel that I was satisfied with her proposal. She responded that she already filed her statement (without conferring with me) and that I should send my own, despite my request that we confer and file a joint statement.

Accordingly, I submitted my own which I presume this Honorable Court received by November 1, 2004. My proposed dates mirror the dates proposed by defense counsel, except that I added a date for Final Pre-Trial Conference. Thank you for your attention to this matter.

Very truly yours,

KECHES & MALLEN, P.C.

Seth J. Elin

cc: Laurie Alexander-Krom, Esq. (By Facsimile)
    Hugh F. Murry, III, Esq.