UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER ST. LAURENT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11951 NG |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following the scheduling conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. Plaintiff's initial disclosures shall be served by March 1, 2005;

2. All fact discovery shall be completed by April 1, 2005, including the plaintiff's deposition;

3. All motions for summary judgment shall be filed by June 1, 2005;

4. The scheduling of expert discovery shall take place after the ruling on the dispositive motions, if appropriate.

5. The parties have consented to trial before this magistrate judge.

6. The parties shall notify the court if they believe the use of ADR is appropriate.

                                                           / s / Judith Gail Dein
                                                           Judith Gail Dein
DATED: February 17, 2005                    United States Magistrate Judge