UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Peter St. Laurent )<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>UNITED PARCEL SERVICE, INC. )<br>Defendant )<br>) | Civil Action No. 04-11951-NG |

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(2), United Parcel Service Inc. ("UPS") certifies that it has conferred with counsel for Mr. St. Laurent and has attempted to resolve and narrow the issues regarding UPS' Motion for Summary Judgment.

UNITED PARCEL SERVICE, INC.
By its attorneys,

_/s/ Laurie Alexander-Krom_
Hugh F. Murray - BBO#645595
Laurie Alexander-Krom - BBO #637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: (617) 457-4000

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 5/31/05

Date: May 31, 2005