**Essential Job Functions:**

Package Car Driver, Casual Package Driver, Driver Transfer, Feeder Driver Non-Tractor Trailer, Air Feeder (Non-Tractor Trailer)

**Overview:**

Involves driving a commercial-sized vehicle that uses a standard transmission. Must be able to deliver and pick up packages at a constant pace during a full work shift, working in accordance with prescribed methods and performance standards. Drivers must meet all of the requirements as specified by the D.O.T.

**Essential Functions (must be able to):**

- To bend, stoop, crouch, climb, stand, sit, walk and turn/pivot for up to 9.5 hours per day, 5 days per week
- Lift/lower, push, pull and carry up to 70 pounds
- Reach, grasp, and maintain control of items and materials used to perform activities associated with delivering and picking up packages including operation of the Delivery Information Acquisition Device (DIAD) and the DIAD Vehicle Adapter (DVA)
- See, hear and speak with sufficient capability to perform assigned tasks and maintain proper job safety conditions and communicate with the public
- Maintain an acceptable work pace
- To work in an environment that will contain:
  - variable temperatures and humidity (climatic conditions)
  - exposure to noise, dust/dirt
  - confined work areas
  - outside inclement weather
- Demonstrate cognitive ability to:
  - follow directions and routines
  - work independently with appropriate judgement
  - illustrate spatial awareness
  - read words and numbers
  - concentrate, memorize, and recollect
  - identify logical connections and determine sequence of response
  - process up to 2-3 steps ahead
- Perform other functions that may be assigned

*The essential functions of this position include, but may not be limited to those listed above. UPS retains the discretion to modify the duties of the position at any time.*

10/14/94

1

St.Laurent

#2

1/13/03