UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER ST. LAURENT,<br>      Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE,<br>      Defendant | )<br>)<br>)<br>)  CIVIL ACTION NO. 04-11951-FDS<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

Plaintiff's counsel in the above captioned matter received United Parcel Service Inc.'s Motion For Summary Judgement on June 7, 2005. The Plaintiff asks this Honorable Court for an extension to file his opposition to July 6, 2005. As grounds for this request, Plaintiff's counsel requires additional time to file its opposition. Hugh Murray, Counsel for UPS assents to this request.

Respectfully submitted,

PETER ST. LAURENT

By his attorney,

_____
Seth J. Elin, Esq. (BBO# 636099)
KECHES & MALLEN, PC
122 Dean Street
Taunton, Massachusetts 02780
Tel: (508) 822-2000

Dated: June 16, 2005

Assented To By:

_____
Hugh F. Murray, III Esq. (BBO# 557175)
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Tel: 617-451-9300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/16/05.

_____