```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


PETER ST. LAURENT,              )
        Plaintiff               )
                                )
v.                              )   CIVIL ACTION NO. 04-11951-JGD
                                )
UNITED PARCEL SERVICE,          )
        Defendant               )
```

**PLAINTIFF'S MOTION TO MOVE THE HEARING DATE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff asks this Honorable Court for an extension of the Hearing date to argue Defendant's Motion for Summary Judgment. The Hearing is currently scheduled for August 19, 2005. The Plaintiff requests that it be moved to August 23, 2005 at 10:00 A.M. As grounds for this request, Plaintiff's counsel must attend a Hearing at the Department of Industrial Accidents in Lawrence, Massachusetts at 9:15 A.M. Hugh Murray, Counsel for UPS, assents to this request.

```
                                Respectfully submitted,
                                PETER ST. LAURENT
                                By his attorney,


                                s/Seth J.Elin
                                Seth J. Elin, Esq. (BBO# 636099)
                                KECHES & MALLEN, PC
                                122 Dean Street
                                Taunton, Massachusetts 02780
                                Tel: (508) 822-2000
```

Dated: July 28, 2005

Assented To By:

s/Hugh F. Murray, III, by SJE
Hugh F. Murray, III Esq. (BBO# 557175)
Murtha Cullina LLP
99 High Street
Boston, MA 02110
Tel: 617-451-9300

- 2 -

I, Seth J. Elin, hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by ECF on July 28, 2005.

s/ Seth J. Elin