UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Peter St. Laurent )<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>UNITED PARCEL SERVICE, INC. )<br>Defendant )<br>) | Civil Action No. 04-11951-NG |

### UNITED PARCEL SERVICE INC.'S
### MOTION TO FILE A REPLY BRIEF TO
### PLAINTIFF'S OPPOSITION TO UNITED PARCEL SERVICE INC.'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.2(3), United Parcel Service Inc. ("UPS") seeks leave to file a Reply Brief to Plaintiff's Opposition to United Parcel Service Inc.'s Motion for Summary Judgment. The grounds for this motion are that the Plaintiff's Opposition is not completely accurate and therefore UPS seeks to submit a reply brief.

United Parcel Service Inc.
By its attorneys,

/s/ Laurie Alexander-Krom

Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-451-9300

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 7/13/05   /AK

Date: July 13, 2005