UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER ST. LAURENT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11951 NG |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

DEIN, U.S.M.J.

In accordance with the Court's Memorandum of Decision and Order dated January 4, 2006 granting the defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the defendant United Parcel Service, Inc.

SARAH THORNTON
CLERK OF COURT

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: January 27, 2006